FETTER and another *v.* OLIVER and others.

*(Circuit Court, S. D. New York.   April 23, 1884.)*

PATENT—INJUNCTION.

In Equity.
*Amos Broadnax,* for orators.
*Bakewell & Kerr,* for defendants.

WHEELER, J.   The motion in this cause for a preliminary injunction rests upon the same grounds, and is denied for the same reasons, as the motion for an attachment in *Fetter* v. *Newhall, ante,* 113.   Motion denied accordingly.